TAMARA L. LOUGHREY, Bar No. 227001
ROBERT WOELFEL, Bar No. 250343
LOUGHREY LAW FIRM
1350 Treat Blvd., Suite 170
Walnut Creek, CA 94597
Phone: 925.935.4600
Fax: 925.935.4602
Email: tamara@spedattorneys.com;
robwoelfel@spedattorneys.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

J.P., a minor, by and through his mother E.P. and E.P., individually;

        Plaintiffs,

v.

RIPON UNIFIED SCHOOL DISTRICT

        Defendant.

Case No. 2:07-CV-02084-MCE-DAD

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE A JOINT STATUS REPORT**

        NOW COMES plaintiffs, J.P. and E.P., by and through their counsel, Tamara L. Loughrey of the Loughrey Law Firm, and Jeffrey R. Olson of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, counsel for defendant, RIPON UNIFIED SCHOOL DISTRICT ("RUSD").  Plaintiffs filed the complaint in this action on October 4, 2007 and served defendants by mail on December 6, 2007.  On January 8, 2008, plaintiffs granted defendant RUSD an extension of time to file an answer or responsive pleading.  Defendants answer is currently due on February 15, 2008.  However, Judge England's order states that the parties must meet and confer and file a joint status report, including a Rule 26(f) discovery plan, within 60 days of service of the complaint.

        The parties jointly request an extension of time to file the joint status report to February 29, 2008.  Since RUSD has not yet filed an answer or responsive pleading and is not required to do so until February 15, 2008, the parties cannot yet prepare the joint status report. Additionally, counsel for both parties are currently involved in other matters that will prevent them from being able to meet and confer on this matter until later this month.  Ms. Loughrey, counsel for plaintiffs, is currently scheduled to begin a six day hearing before the Office Administrative Hearings on February 13, 2008.  Mr. Olson has been ill these past few weeks

and has missed some work days as a result.  For the balance of February 2008 Mr. Olson's calendar is very busy.  He is scheduled to act as a mediator in a civil case, act as a hearing officer for Stanislaus County Animal Court on a vicious dog case, has two conferences with Cal/OSHA involving an electrocution in the kitchen at a high school and up to seven depositions in three different civil cases.  Mr. Olson is the only attorney in his firm authorized by the claims administrator for Ripon Unified School District to work on this case.  Therefore, the parties, by and through their counsel, stipulate that they will file the joint status report by February 29, 2008 and hereby respectfully request that this Court grant their request for an extension to February 29, 2008.

**IT IS SO STIPULATED**.

LOUGHREY LAW FIRM

DATED:   February 11, 2008          By:     s/Tamara Loughrey
                                            Tamara L. Loughrey
                                            Attorneys for Plaintiffs


McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

DATED:   February 11, 2008          By:    s/Jeffrey R. Olson
                                            Jeffrey R. Olson
                                            Attorneys for Defendant
                                            Ripon Unified School District

**ORDER**

The Court finding good cause exists to grant the parties extension of time to file their joint status report, and therefore, orders that the joint status report be filed by February 29, 2008.

**IT IS SO ORDERED**.

DATED:  February 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE