1  LOUGHREY & WOELFEL, LLP
   Tamara L. Loughrey, Bar No. 227001
2  Robert L. Woelfel, Bar No. 250343
   Christopher Ide-Don, Bar. No. 239634
3  31 Panoramic Way, Suite 200
   Walnut Creek, CA 94595
4  925-935-4600 (phone)
   925-935-4602 (fax)
5  Email: tamara@spedattorneys.com; robwoelfel@spedattorneys.com;
   chrisidedon@spedattorneys.com
6
   Attorneys for Plaintiffs
7  J.P. and E.P.

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through his mother E.P. and E.P., individually;<br><br>Plaintiffs,<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT et al.,<br>Defendants. | Case No. 2:07-CV-02084-MCE-DAD<br><br>**STIPULATION AND ORDER TO FILE ADMINISTRATIVE RECORD UNDER SEAL** |

Both Plaintiffs J.P. and E.P. and Defendant Ripon Unified School District, by and through their counsel, stipulate and agree that the Administrative Record of the Due Process Hearing in Office of Administrative Hearings Case No. N2007020741 may be filed under seal in order to protect the confidentiality of the minor and his parent.

Dated: 12/17/08    /s/ Tamara Loughrey
                   Attorney for Plaintiffs

Dated: 12/17/08    /s/ Rod Levin
                   Attorney for Defendant

LOUGHREY &
WOELFEL, LLP
Attorneys At Law
Panoramic Way Ste. 200
Walnut Creek, CA 94595
925.935.4600

1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

  1. The Administrative Record of Office of Administrative Hearings Case No. N2007020741.

   IT IS SO ORDERED

DATED: December 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOUGHREY &
WOELFEL, LLP
Attorneys At Law
Panoramic Way Ste. 200
Walnut Creek, CA 94595
925.935.4600

2

PDF created with pdfFactory trial version www.pdffactory.com