```
1  LOUGHREY & WOELFEL, LLP
   TAMARA L. LOUGHREY, Bar No. 227001
2  ROBERT L. WOELFEL, Bar No. 250343
   220 4th Street., Suite 103
3  Oakland, CA 94607
   Phone: 510.891.1254
4  Fax: 510.891.1258
   Email: tamara@spedattorneys.com, rob@spedattorneys.com
5

6  Attorneys for Plaintiffs
   J.P. and E.P.
7
```

THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P., a minor, by and through his mother E.P. and E.P., individually;<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RIPON UNIFIED SCHOOL DISTRICT et al.,<br>　　　　Defendants. | **Case No.  2:07-CV-02084-MCE-DAD**<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41(a)(1)(ii)** |

　　　Both Plaintiffs J.P. and E.P. and Defendant Ripon Unified School District, by and through their counsel, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) all claims in this case shall be dismissed with prejudice.

Respectfully Submitted,

Dated August 13, 2009　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Tamara Loughrey
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: August 12, 2009　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Rod Levin
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1
**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41**

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

The Court having read the parties stipulation in agreement to dismiss Plaintiffs' pending action with prejudice and finding good cause therefore, HEREBY ORDERS the above action DISMISSED WITH PREJUDICE. The Clerk of Court is hereby directed to close this file.

IT IS SO ORDERED.

DATED: August 19, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOUGHREY &
WOELFEL, LLP
Attorneys At Law
220 4th Street Ste. 103
Oakland, CA 94607
510.891.1254
510.891.1258 (fax)

2

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P RULE 41**

PDF created with pdfFactory trial version www.pdffactory.com